# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 3:24-mj-00110-VET |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| JONATHAN ANDREW HUMPHRYS | Booking No. 12854506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  01/16/2024
the Court entered the following order:

☒ Defendant be released from custody.

☐ Defendant placed on supervised / unsupervised probation / supervised release.

☐ Defendant continued on supervised / unsupervised probation / supervised release.

☒ Defendant released on   O/R   Bond posted.

☐ Defendant appeared in Court. FINGERPRINT & RELEASE.

☐ Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

☐ Defendant sentenced to TIME SERVED, supervised release for _____ years.

☐ Bench Warrant Recalled.

☐ Defendant forfeited collateral.

☐ Case dismissed.

☐ Case dismissed, charges pending in case no.

☐ Defendant to be release to Pretrial Services for electronic monitoring.

☐ Other.

VALERIE E. TORRES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by   B. Sandoval x.7352

Crim-9 (Rev. 09/23)
Original

# Brianna Sandoval

| | |
|---|---|
| **From:** | CAS Releases |
| **Sent:** | Wednesday, January 17, 2024 11:03 AM |
| **To:** | Brianna Sandoval |
| **Subject:** | Read: 24mj0110-VET (Humphreys - Deft Abstract) |
| **Attachments:** | Read: 24mj0110-VET (Humphreys - Deft Abstract) |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.